# ATTESTATION
## CERTIFICATE

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☒ **1. que la demande a été exécutée***
that the document has been served*

| – le (date) / the (date): | le 30 janvier 2025 |
|---|---|
| – à (localité, rue, numéro): at (place, street, number): | ▮▮▮▮▮▮▮▮▮▮ |

| – dans une des formes suivantes prévues à l'article 5 : in one of the following methods authorised by Article 5: | |
|---|---|
| ☒ a) | **selon les formes légales (article 5, alinéa premier, lettre a)*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ b) | **selon la forme particulière suivante*:** in accordance with the following particular method*: ——— |
| ☐ c) | **par remise simple*** by delivery to the addressee, if he accepts it voluntarily* |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| **Identité et qualité de la personne :** Identity and description of person: | lui-même |
|---|---|
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :** Relationship to the addressee (family, business or other): | |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants*** :
that the document has not been served, by reason of the following facts*:

| 5. Indiquez pourquoi la demande n'a pas été exécutée |
|---|
| |

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes / Annexes*

| **Pièces renvoyées :** Documents returned: | signification |
|---|---|
| **Le cas échéant, les documents justificatifs de l'exécution :** In appropriate cases, documents establishing the service: | exploit de signification d'un acte en provenance de l'étranger |

\* s'il y a lieu / if appropriate

| **Fait à** / Done at B-1000 Bruxelles **le** / the 04 Février 2025 | **Signature et / ou cachet** Signature and/or stamp |
|---|---|

| [logo] BV JVW – PROCESS SERVER RPR Brussel vat be 0477.740.341 | [barcode] |
|---|---|
| | ORIGINAL / ~~COPY~~ |
| | **SERVICE OF A FOREIGN DOCUMENT** IN ACCORDANCE WITH THE CONVENTION OF **15 NOVEMBER 1965** ON THE SERVICE AND NOTIFICATION ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL AND COMMERCIAL MATTERS (SIGNED ON **15 NOVEMBER 1965**) |
| **JESPERS Patrick** Process Server **JESPERS Michèle** Junior Process Server Phone +02.534.75.71 Email jespers@patrickjespers.be Address Van Orleystraat 12 1000 BRUSSELS Office hours: Monday – Friday 09:00 am – 12:00 pm Customer account IBAN BE86 7775 9621 7650 BIV GKYCCBEBB Website You can view your file online and/or propose a payment plan via www.patrickjespers.be **FILE NUMBER A 20250116** [Initials] | **AT THE REQUEST OF:** **THE BELGIAN GOVERNMENT, FPS JUSTICE – DIRECTORATE-GENERAL FOR LEGISLATION, Fundamental Rights and Freedoms,** International Cooperation in Civil Matters, **with offices in 1000 – Brussels, Waterloolaan 115** Designated as the central authority by the Belgian government, - Acting at the request and on behalf of: **Ann Mickow, APS INTERNATIONAL Ltd, APS International Plaza,** with offices at 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, USA I, the undersigned *Wim VAN WALLEGHEM* ~~Mr. Patrick JESPERS~~, process server, *for the time being* residing in ▇ ▇ Receiving agency, **HAVE SERVED ON:** **Verstraete, Brann Tore Dag,** born in Deinze on ▇ residing in ▇ ▇ *Where I was ~~(not)~~ able to deliver the copy in accordance with art.33 through 35 of the Judicial Code (for each separately)* *At 1:21 pm to himself* As declared, and consequently I did (not) leave this copy for which ~~(no)~~ signature was obtained in accordance with article 38 §1 of the Judicial Code. The document mentioned below, including the attached documents, is forwarded by the central authority for the purposes listed below. |

I declare that the following statements and formalities in the present proof of service form part of the prepared document delivered by the central authority:

- Date of service

- Last name and first name(s) and residence of the executing process server or his substitute

- Signature of the executing process server or his substitute

- Method of service or delivery of the copy of the document

- Costs

This service is made for information and instruction and for all legal intents and purposes.

I further declare that the "request" is attached to the original of the present writ and accompanying certificate, drawn up in French, is in accordance with article 6 of the aforementioned Convention.

And so that the party/parties served are informed about this, I have left with them, who were present and spoke with as stated in this document, a copy of this document (to each of them separately), a copy of the present writ and the documents mentioned herein in a closed envelope, if applicable, in accordance with the provisions of the law.
Cost: €136.36, plus 21% VAT (€28.64), for a total of €165.00 including VAT

Date: *Thirty January*, two thousand twenty-five.

**OF WHICH THIS DOCUMENT WAS DRAWN UP.**

                        The Process Server

                        [Signature]

In the context of the legal duties and powers granted by art. 519 of the Judicial Code, the office of process server JESPERS Patrick processes your personal data.
These consist mainly of identification and contact information obtained from the data subjects themselves or through (government) databases. In accordance with GDPR regulations, they are stored for a maximum of 10 years after the assignment is closed. In this context, you have the right to access, rectify, erase your personal tata or restrict the processing of your data, and to object to the processing of the aforementioned data. If you wish, you may contact the data controller, process server Patrick JESPERS or the data protection officer (DPO) of our office at dpo@patrickjespers.be. Complaints, if any, may be filed with the Data Protection Authority. You can obtain a copy of our general privacy policy via email, mail, or directly at our office during office hours.

                        **Verstraete, Brann Tore Dag**

Verklarende dat de volgende vermeldingen en formaliteiten in de huidige akte van betekening, deel uitmaken van de klaargemaakte akte zoals deze is bezorgd door de centrale autoriteit:

- De datum van betekening,
- De naam en voorna(a)m(en) en de verblijfplaats van de instrumenterende gerechtsdeurwaarder of zijn plaatsvervanger,
- De handtekening van de instrumenterende gerechtsdeurwaarder of zijn plaatsvervanger,
- De wijze van betekening of uitreiking van de kopie van de akte,
- De kosten.

Doende deze betekening ter inlichting, leiding en tot zulken einde als naar rechte ;

Verklarende bovendien dat het "verzoek" gehecht is aan het origineel van huidig exploot met het bijhorende certificaat, opgemaakt in de Franse taal, overeenkomst artikel 6 van gezegd Verdrag.

En opdat de betekende partij(en) er niet onwetend van zou(den) zijn, heb ik haar (hun) gelaten, zijnde en sprekende zoals hierboven gezegd, (aan elk hunner afzonderlijk), een afschrift van huidig exploot alsmede van de hierin vermelde stukken, onder gesloten omslag zo nodig, overeenkomstig de Wet.

Ten jare tweeduizend vijfentwintig, op ........ dertig ........................................ januari.

Kost : € 136,36, te vermeerderen met 21% btw (€ 28,64), zijnde in totaal, btw incl. € 165,00.

**WAARVAN AKTE**.

De Gerechtsdeurwaarder

In het kader van de hem bij art. 519 Ger.W. toegewezen wettelijke taken en bevoegdheden, verwerkt gerechtsdeurwaarderskantoor JESPERS Patrick uw persoonsgegevens. Deze omvatten hoofdzakelijk identificatie- en contactgegevens, verkregen via de betrokkenen zelf of via (overheids-)databanken. Zij worden tot maximaal 10 jaar na afsluiten van de opdracht bewaard en dit conform de GDPR-bepalingen. In dit kader heeft u het recht om inzage, rectificatie, wissing of beperkte verwerking van uw persoonsgegevens te vragen, alsook om bezwaar in te dienen tegen de verwerking van voormelde gegevens. Indien gewenst, kan u contact opnemen met de verwerkingsverantwoordelijke, gerechtsdeurwaarder Patrick JESPERS, of met de functionaris voor gegevensbescherming (DPO) van ons kantoor : dpo@patrickjespers.be. Eventuele klachten kunnen worden ingediend bij de Gegevensbeschermingsautoriteit. Ons algemeen privacybeleid kan u opvragen per mail, per post of rechtstreeks op het kantoor tijdens de openingsuren.

Verstraete,Brann Tore Dag