# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Celsius Network LLC | Bankruptcy Case No.: 22−10964−mg

MOHSIN Y. MEGHJI LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST−EFFECTIVE DATE DEBTORS
                                     Plaintiff(s),

−against−  | Adversary Proceeding No. 24−02808−mg

BRANN TORE D VERSTRAETE
                                     Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | BRANN TORE D VERSTRAETE |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/22/25

Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*